IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH ANDREWS, | No. 4:19-CV-02200 |
| Plaintiff, | (Judge Brann) |
| v. | |
| WILLIAMS WPC-I, LLC and ALAN ARMSTRONG (individually), | |
| Defendants. | |

## ORDER

**AND NOW**, this 13th day of October 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss (Doc. 27) is **GRANTED IN PART and DENIED IN PART**.

2. The Motion to Dismiss is **DENIED** as to Counts 1 and 2.

3. The Motion to Dismiss is **GRANTED** as to Counts 3, 4, and 5. Counts 3-5 are dismissed **with prejudice**. **No leave to amend is granted**.

4. Defendants' answer to the complaint is due no later than November 3, 2020.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge